Mrs G.Thornton

vs  No.8918

West N.O.L.and T.Co.Appellant.

Charles F.Claiborne,Judge.

March 19th 1923 .

3/19/23

Mrs G.Thornton

vs                                No.8918

West N.O.L.and T.Co.Appellant.

Charles F.Claiborne,Judge.

This is a suit for damages suffered by a passenger
on a street car which jumped the track.

The plaintiff alleged that she was a passenger on
one of defendant's street cars on June 12th 1920,in the City
of Gretna,seated on the right hand side of the car;that the car
derailed,and she was thrown from her seat and hurled across the
car,landing on the opposite side from which she was seated, still
striking her head,her right side and knee and foot,sustaining
severe injury and excruciating suffering;that the injury consisted
in bruises from which the scars are still visible,that her right
foot became infected and had to be operated on;that she received
medical attention and was confined to her bed for thirty days
and up to the time she filed her suit.June 8th 1921 she was
unable to perform her usual work which was farm hand,wash woman
or housewife,at which she earned two dollars a day.She itemizes
her damages as follows;

| | |
|---|---|
| Physician | $150.00 |
| Drugs | |
| Loss of labor | 600.00 |
| Suffering | 600.00 |
| Permanent injuries | 595.00 |
| Total | 1950.00 |

The defendant denied all plaintiff's allegations
and further answering averred;

"That some time in the month of June 1920 one of
its cars was derailed;that at that time it was going at a very
slow speed,and that said car merely rolled off the track,just
as easily as if it were running on the rail without any jolting

339

whatsoever,and that said car rolled off about two or three feet
on hard ground level and flush with the track,that there were
approximately sixteen passengers in said car,all of whom and
particularly the plaintiff were .ot aware that the car had roll-
ed off the track,and all of whom had walked away and no one was.
hurt from said rolling off the track.Respondent denies that plain-
tiff received any injuries whatever,and specially avers that at
the time said car rolled off the track,your respondent's employees
requested all the passengers particilarly the plaintiff,whether.
or not they were hurt,and each and all of said passengers denied
that they were injured particularly the said plaintiff."

There was judgment for plaintiff for $500.00 and
defendant has appealed.Plaintiff asked for an increase of the.
judgment.

Upon the argument of the case in this court the
defendant has admitted that under the law it is liable,if plain-
tiff has suffered any injury,but it denies that she has.The
defendant offfered no evidence.

We shall take up the items of plaintiff's claim in
their order.

1st.Physician.

Dr Gelbke and Dr Rossner attended her;she called on
them three or four times;and Dr Rossner was at her house;she
did not pay.the Doctors anything.Dr Gelke told her it was worth
$25 ; she got a bill from Dr Rossner and gave it to her lawyer,
Dr Gelke testified that $50 " would be an honest bill for him;
Dr Rossner sent a bill for $25.- *3 Ct App 297*

2nd Drugs;

She spent about $2 in drugs.

3rd Loss of Labor.

She had no steady employment.In the fall she broke
corn;at other times she took in washing of bars,quilts,spreads,
and curtains;she made pies and sold them at the factory; in

shrimp time;she made $2 a day and some times more;she owns a small property,lives in one half and rents the other half; otherwise she supports herself and has always done it.There is absolutely nothing in her testimnny that would establish that she was incapacitated from work for any lenght of time.She speaks of nothing but bruises and contusions;nothing broken or even sprained.Dr Gelke mentions nothing but"multiple contusions and bruises one about her face,one about the chest and a third on her legs.Dr Rossner says " she was bruised;contusions on her right side,right knee,and her right foot;the great tor on her right foot was badly bruised,an abscess developed,and it had to be lanced;Q lanced it".The amount of their bills,and of the drugs indicate that the plaintiff was not a year in recovering nor incapacitated from work during that time.Plaintiff might have examined them on those two points but abstrained from doing it. She might also have introduced their bills in evidence which she failed to do.

4th     Suffering.

There is nothing that would convince us that plaintiff suffered much from her contusions,or that they lasted long. The Doctors were not heard on that subject.

5th     There is absolutely no testimony of any permanent injury; the Doctors did not testify that they were yet in attendance. Dr Gelke was employed first;having to be absent the plaintiff called in Dr Rossner.The fact that these Doctors sent in their ser bills would indicate that their services were no longer needed.

While there is no irrefragable rule about the amount to be allowed in each case " as far as possible,some reasonable uniformity in awards of damages should be observed" 125 La 1088 *Granberry vs Daman Ct appeals Oct 1922* In the case of Frazier No.8608 this day decided we allowed the plaintiff $250 for contusions.

Lady in street car,hurt in collision,pregnant bruised $300-38 A 185

Passenger hurt by derailing train contusions and pain $300-40 A 64, same cause -$200-41 A 793 .

Passenger thrown from car-injuries not serious $100 52 A 1199 .

Contusions,bruises and ets $225 and $300 -114 La 254

Cuts and bruises $100-119 La 191-5 Ct.App 85-.

Plaintiff severely injured and suffered much $150 and $200 -127 La 403-407.

We will allow $75 for medical services and $250 for all other items. It is therefore ordered that the judgment herein be reduced from $500 to Three Hundred and twenty five dollars with five per cent per annum interest from June 8th 1921 until paid and as thus amended that it be affirmed with costs in both Courts.

Judgment amended and affirmed.

March 19th 1923 .